UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| BARBARA AHART, et al., | 06 Civ. 5417 (ENV) |
| Plaintiffs, | **STIPULATION DISCONTINUING ACTION AGAINST** |
| - against - | **ABBOTT LABORATORIES WITH PREJUDICE** |
| THE ABBOTT LABORATORIES, et al., | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for plaintiff Barbara Ahart and defendant Abbott Laboratories ("Abbott") in the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of this action, the above-entitled action as to plaintiff Barbara Ahart be, and the same hereby is discontinued with prejudice as against Abbott without costs to any party hereto as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
~~December __, 2008~~
January 6, 2009

LAW OFFICES OF
SYBIL SHAINWALD, P.C.

By: _____
Sybil Shainwald (SS-1554)
Attorneys for Plaintiff
200 West 57th Street, Suite 402
New York, New York 10019
Telephone: (212) 425-5566

SO ORDERED: FEB 2 0 2009

_____
HON. ERIC N. VITALIANO

PATTERSON BELKNAP WEBB &
TYLER LLP

By: _____
Robert D. Wilson, Jr. (RDW-4357)
Attorneys for Defendant
Abbott Laboratories
1133 Avenue of the Americas
New York, New York 10036
Telephone: (212) 336-2000

3087437v.1